```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALETHEA SARGENT (CABN 288222)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    Email: alethea.sargent@usdoj.gov

Attorneys for United States of America
```

> **FILED**
>
> Oct 11 2023
>
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARYL CATRELL CALDWELL, JR., ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. 4:23-mj-71529-MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE <br><br> **UNDER SEAL** |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 10, 20223, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

■     Criminal Complaint

☐     Other (describe):

pending in the District of Nevada, Case Number 2:23-mj-00892-DJH.

In that case, the defendant is charged with violating Title 18, United States Code, Sections

922(a)(6), 924(a)(2), and 2.

DESCRIPTION OF CHARGES:  Illegal Acquisition of a Firearm

PENALTY:

    Maximum 10 years imprisonment;

    $250,000 fine

    3 years supervised release

    Mandatory:  $100 special assessment

    Forfeiture

Date: October 10, 2023

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Alethea Sargent*
ALETHEA SARGENT
Assistant United States Attorney



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar No. 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Allison.Reese@usdoj.gov
*Attorneys for the United States*

FILED.

DATED: 4:50 pm, October 05, 2023

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00892-DJA |
| Plaintiff, | **COMPLAINT** |
| vs. | VIOLATION: |
| JAMES MARCUS KELLEY, and | |
| DARYL CATRELL CALDWELL, JR., | 18 U.S.C. §§ 922(a)(6) and 2 – Illegal Acquisition of a Firearm |
| Defendants. | |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

**COUNT ONE**
*Illegal Acquisition of a Firearm*
(18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about July 6, 2023, in the State and Federal District of Nevada,

**JAMES MARCUS KELLEY, and
DARYL CATRELL CALDWELL, JR.,**

defendants herein, aiding and abetting one another, in connection with the acquisition of firearms, to wit: a Century Arms Micro-Draco 7.62x39MM Pistol (S/N: 22PMD-36246); a Glock 21 Gen4, 45 ACP Pistol (S/N: THR795); and a Glock 26 Gen4, 9x19, Pistol (S/N: BHPE880), from New Frontier Armory, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to New Frontier Armory, which statement was intended and likely to deceive each New Frontier Armory as to a fact material to the lawfulness of the sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that JAMES MARCUS KELLEY did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JAMES MARCUS KELLEY represented that he was the "actual transferee/buyer of the firearm[s]," when in fact, and as the defendant well knew, he was acquiring the firearms on behalf of another person, and aided and abetted the same, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## PROBABLE CAUSE AFFIDAVIT

Your Affiant, as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), states the following as and for probable cause:

1.   Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has been so employed since December of 2020. Your Affiant is currently assigned to the ATF Las Vegas Group II Crime Gun Intelligence Task Force. The following information contained within this criminal complaint is based upon your Affiant's participation in this investigation as well as information and reports provided to your

Affiant by other law enforcement personnel. This statement does not include all information in reference to this investigation, but rather only those facts necessary to establish probable cause. All times are approximate.

## FACTS ESTABLISHING PROBABLE CAUSE

1. During September 2023, ATF Special Agents ("SAs") initiated an investigation on James Marcus KELLEY after learning KELLEY had four multiple sales reports[1] involving a total of 12 pistols in a 26-day time frame. Additional inquiries also revealed KELLEY as the purchaser of two firearms that were recovered on or about September 2, 2023, with 43-day time-to-crime (TTC)[2].

2. Between September 7, 2023, and September 8, 2023, SAs contacted three Federal Firearms Licensees (FFLs) that KELLEY had purchased from in the State of Nevada, to include: Freedom Firearms, New Frontier Armory, and Spartan Arms. Upon further contact with the three FFLs, all businesses informed agents that KELLEY applied for chargebacks[3] on the firearms transactions he made. Further queries revealed KELLEY attempted to purchase an additional firearm at Ventura Munitions on August 30, 2023. An employee from Ventura Munitions advised agents that KELLEY had applied for a chargeback at their business, and never actually received the firearm he attempted to

---

[1] A Multiple Sale Report is a report that Federal Firearms Licensees must complete during the sale of two or more handguns if they occur at the same time or within five consecutive business days of each other.

[2] A Time-To-Crime is the amount of time between the retail sale of a firearm and law enforcement recovery.

[3] A chargeback is a charge that is returned to a payment card after a customer successfully disputes an item on their account statement or transactions report. A chargeback may occur on debit cards (and the underlying bank account) or on credit cards.

4

purchase because he submitted for a chargeback prior to re-certification[4] and pick-up of the firearm.

3.  On September 8, 2023, your Affiant went to New Frontier Armory, which is located in Las Vegas, Nevada, to obtain video footage that an employee had downloaded of KELLEY's transactions from July 6, 2023, and July 21, 2023.

4.  On September 8, 2023, your Affiant requested an offline check from the National Crime Information Center (NCIC). The offline check results revealed KELLEY was queried by the Nevada Department of Public Safety approximately eight times between the dates of June 26, 2023, to August 31, 2023. After obtaining all documentation from the FFLs, it was determined that KELLEY acquired 18 firearms and attempted to acquire 6 more firearms.

5.  Your Affiant contacted each FFL in the state of Nevada where KELLEY purchased firearm(s) and requested copies of ATF Form 4473's (Firearms Transaction Records), receipts, and surveillance footage. In regard to every ATF Form 4473, KELLEY marked the "yes" box on question 21.a, indicating that the firearm(s) were for him. KELLEY also signed and dated his name on page 2 of every ATF Form 4473 indicating that his answers on the form were true, correct, and complete. In addition, page 3 of the forms indicates that KELLEY re-certified his responses in Section B to be: true, correct, and complete with a couple exceptions explained in the chart below in paragraph 8.

---

[4] If the firearm purchased is not obtained on the same day, the customer must re-certify his answers in Section B of the ATF Form 4473 to be: true, correct, and complete, upon the day of the firearm pick-up.

1    6.    On KELLEY's various ATF Form 4473s, KELLEY provided the FFLs with
the following contact information: (702) 954-1742 (TT-1), (213) 618-9601 (TT-2), and
blackisred76@gmail.com.

7.    On or about September 25, 2023, ATF SAs queried open-source information
and located the following associations with **TT-1** and **TT-2:**

   a.   **TT-1:** As of May 2023, KELLEY is associated with the phone
        number.

   b.   **TT-2:** As of August 2023, CALDWELL is associated with the phone
        number.

8.    Listed below is a summarized table of all the locations that KELLEY filled
out ATF Form 4473s and purchased firearms between June 2023 through September 2023.

| LOCATION IN THE STATE OF NEVADA | DATE OF INITIAL CERTIFICATION | DATE OF TRANSFER & RECERTIFICATION | FIREARM(S) | NOTES |
|---|---|---|---|---|
| 1. Spartan Arms | 6/26/2023 | No Recertification – Obtained same day; only signed initial certification | 1. Century Arms Draco, 7.62x39 MM Pistol (S/N: 23PH-0442)<br><br>2. Glock 43x, 9MM Pistol (S/N: AHSY229)<br><br>3. Glock 27 Gen5, 40 Cal Pistol (S/N: BYAF524) | - FFL advised that KELLEY provided TT-1 and TT-2 as contact phone numbers |

| | | | | |
|---|---|---|---|---|
| 2. New Frontier Armory | 7/6/2023 | KELLEY obtained the firearms on the same day but signed and re-certified | 1. Century Arms Micro-Draco 7.62x39MM Pistol (S/N: 22PMD-36246)<br><br>2. Glock 21 Gen4, 45 ACP Pistol (S/N: THR795)<br><br>3. Glock 26 Gen4, 9x19, Pistol (S/N: BHPE880) | - This transaction was paid in cash and the total was $2,489.41. CALDWELL can be seen handing KELLEY a stack of cash on video surveillance<br><br>- Phone number KELLEY provided to the FFL was TT-2 |
| 3. Freedom Firearms | 7/21/2023 | No Recertification – Obtained same day; only signed initial certification | 1. Glock 20 Gen5 Pistol (S/N: CAHY333)<br><br>2. Glock 30 Gen4 Pistol (S/N: BZVR113) | - Glock 30 recovered in crime on/about 9.2.23 |
| 4. New Frontier Armory | 7/21/2023 | KELLEY obtained the firearms on the same day but signed and re-certified | 1. Glock 26, 9x19 Pistol (S/N: AGDE514)<br><br>2. Glock 23, 40 S&W, Pistol (S/N: CAKL855)<br><br>3. Glock 19, 9x19 Pistol (S/N: CAAT833)<br><br>4. Romarm/ Cugir Draco 7.62x39 Pistol (S/N: DB-0154-16) | - Glock 19 recovered in crime on/about 9.2.23<br><br>-CALDWELL carried firearm box out<br><br>- Phone number KELLEY provided to the FFL was TT-1 |

| | | | | |
|---|---|---|---|---|
| 5. Spartan Arms | 8/30/2023 | No Recertification – Obtained same day; only signed initial certification | 1. FNH USA Five-Seven 5.7x28MM Pistol (S/N: 386446911) | - FFL advised that KELLEY provided TT-1 and TT-2 as contact phone numbers |
| 6. Freedom Firearms | 8/30/2023 | No Recertification – Obtained same day; only signed initial certification | 1. Glock 29 Gen4, 10MM auto pistol (S/N: BYAH979)<br><br>2. Glock 23 Gen5, .40 Cal Pistol (S/N: BYSK298)<br><br>3. Glock 20 Gen5, 10MM Pistol (S/N: CAHY330)<br><br>4. Glock 27 Gen5, .40 Cal Pistol (S/N: CAYZ713)<br><br>5. Glock 30S, .45 Auto Pistol (S/N: CBBS727) | |
| 7. Ventura Munitions | 8/30/2023 | No Recertification – Never obtained firearm, only signed initial certification | 1. Smith & Wesson M&P 15 5.56 Rifle (S/N: TV34660) | - An employee advised SAs that KELLEY submitted a chargeback prior to obtaining the firearm; the firearm was never released to KELLEY<br><br>- Phone number KELLEY |

| | | | | provided to the FFL was TT-1 |
|---|---|---|---|---|
| 8. Spartan Arms | 9/14/2023 | No Recertification – Firearms administratively seized | 1. Glock 21 Gen4, .45 ACP Pistol (S/N: AGMH425)<br><br>2. Glock 23 Gen5, 40 S&W Pistol (S/N: BXHR840)<br><br>3. Glock 27, 40 S&W Pistol (S/N: CAFB871)<br><br>4. Century Arms Micro Draco 7.62x39MM Pistol (S/N: MSV701541)<br><br>5. Glock 23 Gen4, 40 S&W Pistol (S/N: XKR181) | - FFL advised that KELLEY provided TT-1 and TT-2 as contact phone numbers |

9. On September 14, 2023, an employee at Spartan Arms provided SAs with a photo of the vehicle that KELLEY arrived in. The vehicle was a silver BMW bearing California plates "5SSM042". SAs queried the vehicle and located a traffic citation from December of 2022 listing the following driver information: Daryl Catrell CALDWELL Jr. (hereinafter, "CALDWELL"), a multi-convicted felon, with an address in Antioch, CA. CALDWELL also has an active protection order that began on or about June 18, 2019, and will expire on or about June 18, 2029. The protection order states that CALDWELL is restrained from assaulting, threatening, abusing, harassing, following, interfering, or stalking the protected person and/or the child of the protected person. In addition, the

9

order states as follows: "The subject is prohibited from possessing and/or purchasing a firearm or other weapons as identified in the miscellaneous field."

10. SAs queried the vehicle bearing California plate 5SSM042 for License Plate Reader (LPR) hits coming into/departing the State of Nevada. See table listed below for items of interest located:

| DATE | DIRECTION OF TRAVEL | NOTES |
|---|---|---|
| 7/6/2023 | NB I-15 at Primm at 5:41:48 AM | New Frontier (FFL #2) Transaction |
| 7/6/2023 | SB I-15 at Jean at 7:22:57 PM | |
| 7/21/2023 | NB I-15 at Primm at 7:35:16 AM | Freedom Firearms (FFL #1) Transaction and New Frontier (FFL #2) Transaction |
| 7/21/2023 | SB I-15 at Jean at 2:36:16 PM | |
| 9/14/2023 | NB I-15 at Primm at 7:26:17 AM | Ventura Munitions (FFL #4) Transaction and Spartan Arms Transaction (FFL #3) |
| 9/14/2023 | SB I-15 at Jean at 3:50:34 PM | |

11. SAs began review of the various FFLs surveillance footage and noted the following observations of interest:

    a. On July 6, 2023, at New Frontier Armory, KELLEY, who was wearing a white sweatshirt, can be seen utilizing a cellular device in close proximity to CALDWELL, who was wearing a black shirt, as seen in the image below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



b. On July 6, 2023, at New Frontier Armory, CALDWELL, who was wearing a black durag, black shirt, and red shorts, removed a large stack of currency from his shoulder bag. A short time later, the FFL employee handed KELLEY an ATF Form 4473. KELLEY then began the process of completing the aforementioned form. At this time, CALDWELL counted and divided the stack of currency, leaving a portion of it near KELLEY on the glass display case (pictured below). KELLEY later placed the currency in his front sweater pocket. KELLEY later paid for the firearms by removing currency from his front sweater pocket. CALDWELL was in close proximity to KELLEY during this time. A short time later, CALDWELL and KELLEY departed the FFL.

11



12. On or about October 3, 2023, your Affiant analyzed historical Call Detail Records ("CDR") reference TT-1, the cell phone associated with KELLEY. See below for transactional data obtained regarding calls between TT-1 and TT-2 (cell phone associated with CALDWELL), all dates and times are approximate:

    a. July 6, 2023:

        i. TT-1 placed an outgoing call to TT-2, with a duration of 0:00.

        ii. TT-1 received an incoming call from TT-2, with a duration of 00:11 seconds.

        iii. TT-1 received an incoming call from TT-2, with a duration of 0:00.

13. New Frontier Armory is a licensed firearms dealer within the meaning of Chapter 44 of Title 18, United States Code.

14. Had New Frontier Armory known that KELLEY was not the actual transferee/buyer of the firearms, New Frontier Armory could not have legally sold the firearms to KELLEY.

# CONCLUSION

Based upon the foregoing facts and information, your Affiant respectfully submits that there is probable cause to believe that JAMES MARCUS KELLEY and DARYL CATRELL CALDWELL, JR. committed the offenses of *Illegal Acquisition of a Firearm,* in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

_____
Special Agent Brittany Nimmo
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __5th__ day of October 2023.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED.
DATED: 4:52 pm, October 05, 2023
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America<br>v.<br>DARYL CATRELL CALDWELL, JR.<br><br>*Defendant* | Case No. 2:23-mj-00892-DJA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DARYL CATRELL CALDWELL, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(a)(6) and 2 - Illegal Acquisition of a Firearm

Date: 10/5/2023

*Issuing officer's signature*

City and state: Las Vegas, Nevada

Hon. Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  DARYL CATRELL CALDWELL, JR.

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: