

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*　　　　　　　　　*(510) 637-3680*
*Oakland, California 94612*　　　　　　　　　*FAX:(510) 637-3724*

October 16, 2023

<u>VIA E-FILE</u>

Ivy Garcia
Court Clerk to the Honorable Donna M. Ryu
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

　　　　Re: *United States v. Daryl Catrell Caldwell, Jr.*, 4:23-mj-71529-MAG-1

Dear Ms. Garcia:

　　Per your request, this letter is to notify you that defendant Daryl Catrell Caldwell, Jr.'s next court appearance in the District of Nevada, criminal case number 2:23-mj-00892-DJA, is set for Tuesday, October 31, 2023, at 2:30 p.m. in Courtroom 3D before the Honorable Magistrate Judge Cam Ferenbach located in the Lloyd D. George Federal Courthouse, 333 S Las Vegas Blvd., Las Vegas, NV.

　　If you have any questions, please contact me at 510-637-3924.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　*/s/ Alethea M. Sargent*
　　　　　　　　　　　　　　　　　　ALETHEA M. SARGENT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney